IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**URSULA MILLETT, and
JEANINE M. SANLORENZO,**
*on behalf of themselves and
all others similarly situated*,

**Plaintiffs,**

vs.

**H&R BLOCK, INC.,** *et al.*,

**Defendants.**                                     Case No. 13-cv-346-DRH-PMF

## MEMORANDUM AND ORDER

**HERNDON**, Chief District Judge:

Before the Court is plaintiffs' motion for refund of duplicate charge (Doc. 6). Plaintiffs request a refund of a duplicate charge processed by this Court at the time their complaint was filed. Plaintiffs were assessed a duplicate charge of $350.00 on April 10, 2013 (receipt number 0754-1941715). The Court has verified plaintiffs' assertions. Accordingly, plaintiffs' motion is **GRANTED**. The Clerk is instructed to refund plaintiff the $350.00 duplicate charge as soon as practicable.

**IT IS SO ORDERED.**

Signed this 18th day of April, 2013.

Digitally signed by David R. Herndon
Date: 2013.04.18 14:24:21 -05'00'

David R. Herndon
Chief District Judge